Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Paul T. Trimmer, Bar No. 9291
trimmerp@jacksonlewis.com
**JACKSON LEWIS LLP**
3960 Howard Hughes Parkway, Suite 450
Las Vegas, Nevada 89169
Tel:  (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants*
*Hard Rock Hotel Holdings, LLC,*
*Morgans Hotel Group Co.; and,*
*DLJ Merchant Banking Partners IV, LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN FEIGENBAUM, an individual<br><br>Plaintiff,<br><br>v.<br><br>HARD ROCK HOTEL HOLDINGS, LLC, a Delaware limited liability company registered as a Nevada Foreign limited liability company; MORGANS HOTEL GROUP CO., a Delaware Corporation; DLJ MERCHANT BANKING PARTNERS IV, LP, a Delaware limited partnership; GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION, a Singapore company, DOES I through X and ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | Case No. 2:11-cv-00503-GMN-RJJ<br><br>**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT** |

Defendants Hard Rock Hotel Holdings, LLC, Morgans Hotel Group Co., and DLJ Merchant Banking Partners IV, LP, by and through their counsel of record, Jackson Lewis LLP, and Plaintiff Brian Feigenbaum, by and through his counsel of record, Law Offices of Nathan M. Costello, Chtd., hereby stipulate and agree to voluntarily remand the above referenced matter to the Eighth Judicial District Court, Clark County, Nevada, and each party will bear its own attorneys' fees and costs.

The parties further agree and understand that they reserve and do not waive or forfeit any claims, defenses or other objections that they may have in this action.

Dated this 2nd day of May, 2011.

LAW OFFICES OF NATHAN M. COSTELLO          JACKSON LEWIS LLP


_____/s/ Nathan M. Costello_____          _____/s/ Elayna J. Youchah_____
Nathan M. Costello, Bar #1552                Elayna J. Youchah, Bar # 5837
170 S. Green Valley Parkway, Ste. 280        Paul T. Trimmer, Bar # 9291
Henderson, Nevada 89012                      3960 Howard Hughes Parkway, Ste. 450
                                             Las Vegas, Nevada  89169

*Attorneys for Plaintiff*                    *Attorneys for Answering Defendants*
*Brian Feigenbaum*                           *Hard Rock Hotel Holdings, LLC,*
                                             *Morgans Hotel Group Co.; and,*
                                             *DLJ Merchant Banking Partners IV, LP*


## ORDER OF DISMISSAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled matter is remanded to the Eighth Judicial District Court, Clark County, Nevada and each party to bear its own attorneys' fees and costs.

**DATED** this 4th day of May, 2011.


_____
Gloria M. Navarro
United States District Judge